UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-045-02ML** **DATE: August 17, 2005**

**TITLE: USA v. Efrain Pellot (TRUE NAME: Eduardo Rafael Munoz)**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER: Sylvia Zetterstrand**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Stephanie Browne - Govt**
**Benjamin A. Mesiti - for Deft**
**Dennis Jenkins - U.S. Probation**

**PROCEEDINGS:** **Sentencing Hearing**

**Interpreter is sworn. No objections to the PSR. Counsel makes their sentencing recommendations. Deft exercises his right of allocution. Count imposes sentence as to Counts I, II, III, & V of the Indictment: 70 mos' imprisonment (concurrent terms), followed by 5 yrs' supervised release as to Count II, 3 yrs' supervised release as to all other Counts (concurrent terms). Special conditions of s/r: deportation clause. If not deported, deft is to participate in substance-abuse treatment program, to include periodic testing (up to 72 drug tests per year). $400 total special assessment. No fine is imposed. Deft is advised of his right of appeal. Deft is remanded.**