IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

---

EFRAIN PELLOT, PRO SE
Petitioner

Vs. Case No.: 05-045-02ML

UNITED STATES OF AMERICA,
Respondent.

---

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2), AND UNITED STATES SENTENCING GUIDELINES § 1B1.10 AMENDMENT 706 EFFECTIVE MARCH 03, 2008 CONCERNING COCAINE BASE " CRACK "**

---

EFRAIN PELLOT, PRO SE

NORTHEAST OHIO CORRECTIONAL CENTER

2240 HUBBARD RD.

YOUNGSTOWN, OHIO 44505

---

MARCH 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

EFRAIN PELLOT,
Petitioner, Pro Se

Vs. Case No. 05-CR-00045-002

UNITED STATES OF AMERICA,
Respondent.

X

MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(C)(2) AND UNITED STATES SENTENCING GUIDELINES § 1B1.10; AMENDMENT 706 EFFECTIVE MARCH 03, 2008 CONCERNING COCAINE BASE " CRACK ".

Honorable Judge,

Now comes the Petitioner, Efrain Pellot, by and through Pro Se, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3582(c)(2) and 1B1.10 of the Sentencing Guidelines, to reduce his sentence based upon Amendment 706 to 2D1.1(c) of the Sentencing Guidelines which becomes effective March 03, 2008; lowering the offen-se level for the cocaine base " crack " by TWO-LEVEL.

In support thereof, Petitioner states as follows:

1- On May 18, 2005; Petitioner pled guilty and on August 17, 2005 was sentenced to a term of emprisonment of 70 months by this Honora-ble Court on four counts for the violation of ( 21 U.S.C. § 846 ( I ), 21 U.S.C. §§ 841(a)(1)and(b)(1)(A) - 18 U.S.C. § 2 ( II ), 21 U.S.C. §§ 841(a)(1)and(b)(1)(c) - 18 U.S.C. § 2 ( III ), 21 U.S.C. §§ 841(a)

(1) and (b)(1)(c).

2- Pursuant to the plea agreement entered into between the United States Attorney and the Petitioner, the Presentence Report as adopted by this Court in the Judgement entered in tnis action, the base offense level applicable to Petitioner because he participated in the distribution of at least 52 grm. of cocaine base, 50 grm of heroin and 350 grm. of cocaine. For Guideline calculation purposes, Pellot is accountable for the equivalent of 1200 Kg of marihuana. Pursuant to § 2D1.1(c)(4),in offenses involving at least 1,000 Kg. of marihuana; but less than 3,000 Kg. of marihuana, the base offense level is (32).

3- Effective March 03, 2008; the Section 2D1.1 of the Sentencing Guidelines is amendment by lowering the basic level for cocaine base " crack " of TWO-LEVEL.

4- That as established under § 1B1.10 of the Sentencing Guidelines, the commission's decision on December 11, 2007 is to applied retroacively.

5- That under the new Guidelines after the amendment 706, the basic level for Petitioner's offense is as followed. For the procedure of determining Base Offense level in offenses involving cocaine base and other controlled substances, the marihuana equivalency for the 350 grm of cocaine ( 350 grm X 200 grm = 70,000 grm or 70 Kg ), 50 grm. of heroin ( 50 grm X 1 Kg = 50 Kg ) and for the cocaine base " crack " the level of the preview guidelines was ( 32 ) and when using this combined base offense level determined under the appropriate marihuana equivalency for thr cocaine base involved in the offense using the following table ;

| Base Offense Level | Marihuana Equivalency |
|---|---|
| 38 | 6.70 KG Marihuana |
| 36 | 6.70 KG Marihuana |
| 34 | 6.00 KG Marihuana |
| **32** | **6.70 KG Marihuana** |
| 30 | 14.0 KG Marihuana |
| 28 | 11.4 KG Marihuana |
| 26 | 5.00 KG Marihuana |
| 24 | 16.0 KG Marihuana |
| 22 | 15.0 KG Marihuana |
| 20 | 13.3 KG Marihuana |
| 18 | 10.0 KG Marihuana |
| 16 | 10.0 Kg Marihuana |
| 14 | 10.0 KG Marihuana |
| 12 | 10.0 KG Marihuana |

Using the marihuana equivalency obtained from the table, convert the quantity of cocaine base " crack " involved in the offense to its equivalent quantity of marihuana, the amount of cocaine base " crack " that the Petitioner participated in the distribution is ( 52 grm X **6.70 KG** = 348.40 KG ). Adding the quantities of marihuana of all three (3) controlled substances results in a combined quantity of **468.40 KG** of marihuana; which corresponds from at least 400 Kg but less than 700 KG of mari huana, to a level **( 28 ).**

6- Therefore, Petitioner Efrain Pellot is entitled to be resenteced under the retroactively applied amendment.

7- That at the original sentence, Petitioner's offense level was reduced by three (3) levels for acceptance of responsability ( U.S.S.G. § 3E1.1 and two (2) levels for safety valve ( U.S.S.G. § 5C1.2 ).

8- No other factor are presented justifying any other changes in the computation of the Petitioner's adjusted offense level.

9- That after the appropriate adjustments arre calculated, the new offense level will be **( 23 ).**

10- That the Petitioner's criminal history computation remains at category one ( I ), as computed in the original Presentence Report.

11- That the appropriate Guidelines range for an offense level **( 23 )** category ( I ) is **( 46 - 57 )** months.

12- That at Petitioners sentence on August 17, 2005; this Honorable Court imposed a sentence of 70 months, the lower end of the Guidelines.

13- That if this Honorable Court maintains it's position and imposes the lower end of the new applied range, Petitioners sentence will be **46 months.**

14- That under the existing computation of the Bureau of Prison, Petitioner's current release date is projected for May 03, 2010; making a prompt decision on this motion thereafter March 03, 2008 the date decision becomes effective is extremely important.

15- Petitioner wants this Court to know that at the end of his sentece he is gona be deported to Dominican Republic, making the issue of danger to society impossible. And that he has study GED in prison, has a good record in work, and has done everything avalible to rehabilitate himself and becomes a better person, better son, better member of society.

**CONCLUSION**

Wherefore, based on the foregoing arguments and authorities, this Honorable Court is respectfully urged to reduce the Petitioners sentence to **46 months** and any other and further relief which this Honorable Court deems just and fair.

Respectfully Submitted

x [signature]

Efrain Pellot, Petitioner

Dated : 03-11-08

CERTIFICATE OF FILLING AND SERVICE

I HEREBY DECLARE pursuant to 28 U.S.C. § 1746, an original and true and correct copies of the foregoing " PETITION TO CORRECT SENTENCE" were filed with the Clerk of the Court by prepaid first class U.S. mail in sealed envelope addressed to :

Office of the Clerk
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
FEDERAL BUILDING AND COURTHOUSE
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

Served to :

Honorable MARY M. LISI
U.S. District Judge
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
FEDERAL BUILDING AND COURTHOUSE
ONE TERRACE EXCHANGE
PROVIDENCE, RI 02903

Served to :

Adi Goldstein, AUSA
Office of the U.S. Attorney
50 Kennedy Plaza- 8th Floor
Providence, RI 02903

By placing them in the mailing system of CCA-NEOCC, 2240 Hubbard Rd. Youngstown, Ohio 44505-3157, on March 03, 2008; pursuant to HOUSTON V. LACK, 487 U.S. 266, 270 ( 1988 ).

BY : X [signature]

Efrain Pellot
Reg # 05598-070
NEOCC
2240 Hubbard rd.
Youngstown, Ohio 44505

paragraph by inserting before "The Commission has used the sentences" the following:

> "Use of Drug Equivalency Tables.—
>
> (A) Controlled Substances Not Referenced in Drug Quantity Table.—";

by striking "(A)" before "Use" and inserting "(i)"; by striking "(B)" before "Find" and inserting "(ii)"; and by striking "(C)" before "Use" and inserting "(iii)";

in the second paragraph by striking "The Drug Equivalency Tables also provide" and inserting the following:

> "(B) Combining Differing Controlled Substances (Except Cocaine Base).—The Drug Equivalency Tables also provide";

and by adding at the end the following:

> "To determine a single offense level in a case involving cocaine base and other controlled substances, see subdivision (D) of this note.".

The Commentary to §2D1.1 captioned "Application Notes" is amended in Note 10 in the subdivision captioned "Examples:" by striking "Examples:" and inserting the following:

> "(C) Examples for Combining Differing Controlled Substances (Except Cocaine Base).—";

and by redesignating examples "a." through "d." as examples (i) through (iv), respectively.

The Commentary to §2D1.1 captioned "Application Notes" is amended in Note 10 by inserting after example (iv), as redesignated by this amendment, the following:

> "(D) Determining Base Offense Level in Offenses Involving Cocaine Base and Other Controlled Substances.—
>
> (i) In General.—If the offense involves cocaine base ('crack') and one or more other controlled substance, determine the base offense level as follows:
>
> (I) Determine the combined base offense level for the other controlled substance or controlled substances as provided in subdivision (B) of this note.
>
> (II) Use the combined base offense level determined under subdivision (B) of this note to obtain the appropriate marihuana equivalency for the cocaine base involved in the offense using the following table:

| Base Offense Level | Marihuana Equivalency |
|---|---|
| 38 | 6.7 kg of marihuana |

| | |
|---|---|
| 36 | 6.7 kg of marihuana |
| 34 | 6 kg of marihuana |
| 32 | 6.7 kg of marihuana |
| 30 | 14 kg of marihuana |
| 28 | 11.4 kg of marihuana |
| 26 | 5 kg of marihuana |
| 24 | 16 kg of marihuana |
| 22 | 15 kg of marihuana |
| 20 | 13.3 kg of marihuana |
| 18 | 10 kg of marihuana |
| 16 | 10 kg of marihuana |
| 14 | 10 kg of marihuana |
| 12 | 10 kg of marihuana. |

(III) Using the marihuana equivalency obtained from the table in subdivision (II), convert the quantity of cocaine base involved in the offense to its equivalent quantity of marihuana.

(IV) Add the quantity of marihuana determined under subdivisions (I) and (III), and look up the total in the Drug Quantity Table to obtain the combined base offense level for all the controlled substances involved in the offense.

(ii) Example.—The case involves 1.5 kg of cocaine, 10 kg of marihuana, and 20 g of cocaine base. Pursuant to subdivision (B), the equivalent quantity of marihuana for the cocaine and the marihuana is 310 kg. (The cocaine converts to an equivalent of 300 kg of marihuana (1.5 kg x 200 g = 300 kg), which when added to the quantity of marihuana involved in the offense, results in an equivalent quantity of 310 kg of marihuana.) This corresponds to a base offense level 26. Pursuant to the table in subdivision (II), the base offense level of 26 results in a marihuana equivalency of 5 kg for the cocaine base. Using this marihuana equivalency for the cocaine base results in a marihuana equivalency of 100 kg (20 g x 5 kg = 100 kg). Adding the quantities of marihuana of all three controlled substances results in a combined quantity of 410 kg of marihuana, which corresponds to a combined base offense level of 28 in the Drug Quantity Table.".

The Commentary to §2D1.1 captioned "Application Notes" is amended in Note 10 by striking "DRUG EQUIVALENCY TABLES" and inserting the following:

"(E) Drug Equivalency Tables.—";

and in the subdivision captioned "Cocaine and Other Schedule I and II Stimulants (and their immediate precursors)" by striking "1 gm of Cocaine Base ('Crack') = 20 kg of marihuana".

**Reason for Amendment:** The Commission identified as a policy priority for the

# SENTENCING TABLE

(in months of imprisonment)

| | | Criminal History Category (Criminal History Points) | | | | | |
|---|---|---|---|---|---|---|---|
| | Offense Level | I (0 or 1) | II (2 or 3) | III (4, 5, 6) | IV (7, 8, 9) | V (10, 11, 12) | VI (13 or more) |
| | 1 | 0 - 6 | 0 - 6 | 0 - 6 | 0 - 6 | 0 - 6 | 0 - 6 |
| | 2 | 0 - 6 | 0 - 6 | 0 - 6 | 0 - 6 | 0 - 6 | 1 - 7 |
| | 3 | 0 - 6 | 0 - 6 | 0 - 6 | 0 - 6 | 2 - 8 | 3 - 9 |
| Zone A | 4 | 0 - 6 | 0 - 6 | 0 - 6 | 2 - 8 | 4 - 10 | 6 - 12 |
| | 5 | 0 - 6 | 0 - 6 | 1 - 7 | 4 - 10 | 6 - 12 | 9 - 15 |
| | 6 | 0 - 6 | 1 - 7 | 2 - 8 | 6 - 12 | 9 - 15 | 12 - 18 |
| | 7 | 0 - 6 | 2 - 8 | 4 - 10 | 8 - 14 | 12 - 18 | 15 - 21 |
| | 8 | 0 - 6 | 4 - 10 | 6 - 12 | 10 - 16 | 15 - 21 | 18 - 24 |
| | 9 | 4 - 10 | 6 - 12 | 8 - 14 | 12 - 18 | 18 - 24 | 21 - 27 |
| Zone B | 10 | 6 - 12 | 8 - 14 | 10 - 16 | 15 - 21 | 21 - 27 | 24 - 30 |
| Zone C | 11 | 8 - 14 | 10 - 16 | 12 - 18 | 18 - 24 | 24 - 30 | 27 - 33 |
| | 12 | 10 - 16 | 12 - 18 | 15 - 21 | 21 - 27 | 27 - 33 | 30 - 37 |
| | 13 | 12 - 18 | 15 - 21 | 18 - 24 | 24 - 30 | 30 - 37 | 33 - 41 |
| | 14 | 15 - 21 | 18 - 24 | 21 - 27 | 27 - 33 | 33 - 41 | 37 - 46 |
| | 15 | 18 - 24 | 21 - 27 | 24 - 30 | 30 - 37 | 37 - 46 | 41 - 51 |
| | 16 | 21 - 27 | 24 - 30 | 27 - 33 | 33 - 41 | 41 - 51 | 46 - 57 |
| | 17 | 24 - 30 | 27 - 33 | 30 - 37 | 37 - 46 | 46 - 57 | 51 - 63 |
| | 18 | 27 - 33 | 30 - 37 | 33 - 41 | 41 - 51 | 51 - 63 | 57 - 71 |
| | 19 | 30 - 37 | 33 - 41 | 37 - 46 | 46 - 57 | 57 - 71 | 63 - 78 |
| | 20 | 33 - 41 | 37 - 46 | 41 - 51 | 51 - 63 | 63 - 78 | 70 - 87 |
| | 21 | 37 - 46 | 41 - 51 | 46 - 57 | 57 - 71 | 70 - 87 | 77 - 96 |
| | 22 | 41 - 51 | 46 - 57 | 51 - 63 | 63 - 78 | 77 - 96 | 84 - 105 |
| | 23 | 46 - 57 | 51 - 63 | 57 - 71 | 70 - 87 | 84 - 105 | 92 - 115 |
| | 24 | 51 - 63 | 57 - 71 | 63 - 78 | 77 - 96 | 92 - 115 | 100 - 125 |
| | 25 | 57 - 71 | 63 - 78 | 70 - 87 | 84 - 105 | 100 - 125 | 110 - 137 |
| Zone D | 26 | 63 - 78 | 70 - 87 | 78 - 97 | 92 - 115 | 110 - 137 | 120 - 150 |
| | 27 | 70 - 87 | 78 - 97 | 87 - 108 | 100 - 125 | 120 - 150 | 130 - 162 |
| | 28 | 78 - 97 | 87 - 108 | 97 - 121 | 110 - 137 | 130 - 162 | 140 - 175 |
| | 29 | 87 - 108 | 97 - 121 | 108 - 135 | 121 - 151 | 140 - 175 | 151 - 188 |
| | 30 | 97 - 121 | 108 - 135 | 121 - 151 | 135 - 168 | 151 - 188 | 168 - 210 |
| | 31 | 108 - 135 | 121 - 151 | 135 - 168 | 151 - 188 | 168 - 210 | 188 - 235 |
| | 32 | 121 - 151 | 135 - 168 | 151 - 188 | 168 - 210 | 188 - 235 | 210 - 262 |
| | 33 | 135 - 168 | 151 - 188 | 168 - 210 | 188 - 235 | 210 - 262 | 235 - 293 |
| | 34 | 151 - 188 | 168 - 210 | 188 - 235 | 210 - 262 | 235 - 293 | 262 - 327 |
| | 35 | 168 - 210 | 188 - 235 | 210 - 262 | 235 - 293 | 262 - 327 | 292 - 365 |
| | 36 | 188 - 235 | 210 - 262 | 235 - 293 | 262 - 327 | 292 - 365 | 324 - 405 |
| | 37 | 210 - 262 | 235 - 293 | 262 - 327 | 292 - 365 | 324 - 405 | 360 - life |
| | 38 | 235 - 293 | 262 - 327 | 292 - 365 | 324 - 405 | 360 - life | 360 - life |
| | 39 | 262 - 327 | 292 - 365 | 324 - 405 | 360 - life | 360 - life | 360 - life |
| | 40 | 292 - 365 | 324 - 405 | 360 - life | 360 - life | 360 - life | 360 - life |
| | 41 | 324 - 405 | 360 - life | 360 - life | 360 - life | 360 - life | 360 - life |
| | 42 | 360 - life | 360 - life | 360 - life | 360 - life | 360 - life | 360 - life |
| | 43 | life | life | life | life | life | life |

F
S
G
H
Te
20(
Issu
Rog
Assi
Sou
Fra
Floy
Uni
Jen
Mer

Mat #