IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-045-02ML |
| | : | |
| EFRAIN PELLOT | : | |

GOVERNMENT'S RESPONSE TO PRO-SE
MOTION FOR SENTENCE REDUCTION

The defendant, Efrain Pellot, has moved pro-se for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1 B1.10 and 2D1.1. While Pellot is correct that he is entitled to a reduction, his calculation is erroneous.

On May 18, 2005, the Defendant pled guilty to conspiracy to distribute heroin and cocaine, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846 (Count I), distribution of fifty grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) (Count II), distribution of heroin, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C) (Count III), and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C) (Count IV) . On August 17, 2005, the defendant was sentenced to 70 months incarceration on each of the four counts, to run concurrently.

Defendant's original guidelines range was calculated as follows:

Total Offense Level: 27
Criminal History Category: I
Resulting Guidelines Range: 70-87 months.

Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c) Amendment 706 of the United States Sentencing Commission Guidelines Manual, the defendant is eligible for a retroactive

reduction of his guideline calculations. Accordingly, the new guideline calculations are as follows:

Total Offense Level: 25
Criminal History Category: I
Resulting Guidelines Range: 57 - 71 months.

At the original sentencing, the Court imposed a sentence at the low end of the guidelines range. Accordingly, the government recommends that the Court now amend defendant's sentence to 57 months, the low end of the revised guidelines range, or time served, whichever renders a release date that occurs latest. The remaining sentence should remain unchanged.

The Court should note that according to the latest progress report prepared by the Bureau of Prisons, the defendant had an incident report on March 23, 2007, for possession of an unauthorized item, and on December 19, 2006, for being insolent to a staff member.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050
401-709-5001 (fax)
adi.goldstein@usdoj.gov
RI Bar # 6701

CERTIFICATION

I hereby certify that on the 8th day of April, 2008, I electronically filed and served the Within Government's Response To Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10, 2D1.1, to Joseph J. Voccola, at sue@joevoccolalawoffices.com and by first class mail, postage prepaid, to:

Efrain Pellot, Reg. No. 05598-070
Northeast Ohio Correctional Center
2240 Hubbard Rd.
Youngstown, OH 445505

/s/ Adi Goldstein
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050
401-709-5001 (fax)
adi.goldstein@usdoj.gov
RI Bar # 6701